| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email address | FOR COURT USE ONLY |
|---|---|
| Richard G. Heston 90738<br>Heston & Heston, Attorneys at Law<br>19700 Fairchild Road, Suite 280<br>Irvine, CA 92612<br>949-222-1041 Fax: 949-222-1043<br>California State Bar Number: 90738 CA<br>rheston@hestonlaw.com | |

☐ *Individual appearing without attorney*
☑ *Attorney for:* Debtors

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re<br>**Stephen B. Fuller**<br>**Renée M. Fuller**<br>Debtor(s). | CASE NO.: **8:19-bk-10440-MH**<br>CHAPTER 13<br><br>**MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |
|---|---|

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (*check all that apply*):
   ☑ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☑ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 plan:
   The Order Confirming Plan was entered on __March 30, 2020 (Plan was confirmed 2/25/20)__.
   Plan payment amount(s): $__2,023.10__ per month for Month #1, $2,000.00 in Month #2, and $3,693.14 in Moths #3-60.
   Length of plan: __60__ months.
   Percentage paid to Class 5 general unsecured creditors: __100__ %.

4. There have been __2__ previous modification or suspension orders.
   Plan payments have been suspended for __13__ months and/or the plan has been extended for __9__ months.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 1                         F 3015-1.05.MOTION.MODIFY.SUSPEND

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
Plan payment amount(s): $1,588.00 per month through October 2024, decreasing to $1,300.00 per month through end of plan.
Length of plan: 69 months.
Percentage paid to Class 5 general unsecured creditors: 27%.

6. Proposed modification:
   [✓] Suspend *(indicate number of plan payments)* 6 plan payments.
   [ ] Extend the term by *(indicate number of months)* __ month(s).
   [ ] Reduce the term by *(indicate number of months)* __ month(s).
   [ ] Increase the plan payment from $__ to $__ from *(date)* ____ to *(date)* ____.
   [✓] Reduce the plan payment from $1,588.00 to $892.00 from *(date)* February 7, 2023 to *(date)* February 9, 2025.
   [✓] Debtor Renee Fuller will pay a lump sum payment on or before final payment #69 is due in an amount sufficient to complete the Plan, estimated to require a payment of $11,750, and maintain the 27% dividend to general unsecured creditors, from the refinance or sale of her residence. Debtor Renee Fuller will seek Court approval of any such sale.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect: Debtors have divorced, and Debtor Stephen Fuller retired, relocated his homestead to Grants Pass, Oregon and remains hospitalized after suffering a stroke. He no longer has disposable income to contribute to the plan, which is now fully funded solely by contributions from Debtor Renée Fuller. Renée Fuller's employment has changed, as result of which she no longer receives employer-paid housing and has had to move into her rental property. Because of a plumbing failure and flooding of that property, it was vacant and uninhabitable for 4 months until completion of repairs paid by homeowners insurance. Renée Fuller now holds three jobs and also collects rent from a roommate.

*File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.*

8. If this motion is granted, the last plan payment due would be payable 69 months after the first plan payment was due.

9. If this motion is granted:
   [✓] There will be no change in the percentage paid to Class 5 general unsecured creditors,
   OR
   [ ] The percentage paid to Class 5 general unsecured creditors will change from __% to __%.

Date: 2/15/23

Richard G. Heston 90738
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.
Date: _____

Signature unavailable due stroke and incapacity
Stephen B. Fuller
Debtor

Date: Feb. 15, 2023

Renée M. Fuller
Renée M. Fuller
Joint Debtor

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    F 3015-1.05.MOTION.MODIFY.SUSPEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

19700 Fairchild Road, Suite 280, Irvine, CA 92612

A true and correct copy of the foregoing document entitled **MOTION UNDER LBR 3015-1(n) (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/15/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jenelle C Arnold**    ecfcacb@aldridgepite.com, jarnold@ecf.courtdrive.com
- **Amrane (SA) Cohen (TR)**    efile@ch13ac.com
- **Merdaud Jafarnia**    mjafarnia@alaw.net, mjafarnia@ecf.inforuptcy.com
- **Natalie E Lea**    Natalie.Lea@Bonialpc.com
- **Erin P Moriarty**    emoriarty@kosmalalaw.com, wkosmala@kosmalalaw.com;jfountain@kosmalalaw.com;weneta.kosmala@7trustee.net
- **Katie M Parker**    ecfcacb@aldridgepite.com, KParker@ecf.courtdrive.com
- **Cassandra J Richey**    cdcaecf@bdfgroup.com
- **Mukta Suri**    Mukta.Suri@BonialPC.com
- **Rachael Swernofsky**    rswernofsky@qslwm.com
- **Matthew L Tillma**    matt.ecfiling@gmail.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Darlene C Vigil**    cdcaecf@bdfgroup.com
- **Reilly D Wilkinson**    rwilkinson@scheerlawgroup.com, rwilkinson@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 2/15/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE**
Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 325
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/15/2023 | Yanira Flores | /s/ Yanira Flores |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

Stephen B. Fuller
508 B. Fuller
Grants Pass, OR 97526-5950

Renée M. Fuller
200 Canyon Creek Way
Oceanside, CA 90257-7539

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Allisen Levin
c/o David A. Mallen
Employee Law Group
840 Apollo Street, Suite 311
El Segundo, CA 90245-4763

Bank of America, N.A.
PO Box 982238
El Paso, TX 79998-2238

Caliber Home Loans
PO Box 619063
Dallas, TX 75261-9063

Carson & Jayakumar LLP
2424 SE Bristol Street
Suite 300
Newport Beach, CA 92660-0764

JPMorgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
Monroe, LA 71203-4774

Commenity Bank
PO Box 182789
Columbus, OH 43218-2789

Cox Business
27121 Towne Center Drive
Foothill Ranch, CA 92610-2825

Da Lage Landen
Financial Services, Inc.
PO Box 15019
Wilmington, DE 19886-5019

Community Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146-1838

Directv, LLC
By American InfoSource as agent
PO Box 5008
Carol Stream, IL 60197-5008

EDD
PO Box 82688
Sacramento, CA 94280-0001

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Logix Federal Credit Union
PO Box 6759
Burbank, CA 91510-6759

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Logix Federal Credit Union
PO Box 10249
Burbank, CA 91510-0249

Merchants Financial Guardian, Inc.
PO Box 248
Brea, CA 92822-0248

SYNCB/Ashley Homestore
PO Box 965036
Orlando, FL 32896-5036

SYNCB/TJX Cos DC
PO Box 965015
Orlando, FL 32896-5015

Southwest Medical Billing
and Consulting, Inc.
Dana Point, CA 92629

Sequium Asset Solutions, LLC
1130 Nortchase Pkwy
Suite 150
Marrietta, GA 30067-6429

Strategic Funding Source, Inc.
2500 Discovery Blvd.
#200
Rockwall, TX 75032-6335

Tom Lund
Breakthru Enterprises
PO Box 1330
Minden, NV 89423-1330

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

US Bank Home Mortgage
4801 Federica Street
Owensboro, KY 42301-7441

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Wells Fargo
PO Box 77033
Minneapolis, MN 55480-7733

Wells Fargo Bank NA
Dba Wells Fargo Auto
PO Box 130000
Raleigh, NC 27605

Wells Fargo Bank NA
Small Business Lending Division
PO Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Bank, NA
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Dealer Services
PO Box 25341
Santa Ana, CA 92799-5341

Wells Fargo Vendor
Financial Services
PO Box 931093
Atlanta, GA 31193-1093

Weneta Kosmala, Chapter 7 Trustee
3 MacArthur Place, Suite 760
Santa Ana, CA 92707-6071

U.S. Bank National Association
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK 73134-2500

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

RightPath Servicing
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9094

Wells Fargo Card Services
PO Box 14517
Des Moines, IA 50306-3517