RICHARD G. HESTON, Bar No. 90738
HALLI B. HESTON, Bar No. 90737
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, California 92612-2528
(949) 222-1041 Voice
(949) 222-1043 FAX
rheston@hestonlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>STEPHEN B. FULLER; RENEE M. FULLER,<br><br>Debtors. | Case No.: 8:19-bk-10440-MH<br><br>Chapter 13<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO MODIFY PLAN [DOC 241]**<br><br>Date:   February 8, 2024<br>Time:  10:30 AM<br>Ctrm:  5A |

Debtor RENEE M. FULLER, having filed the Motion to Modify Plan [DOC 241] on November 28, 2023, hereby requests that said motion be withdrawn.

Dated: February 7, 2024

HESTON & HESTON
Attorneys at Law


/s/
By: RICHARD G. HESTON
Attorneys for Debtors